IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SECURA SUPREME INSURANCE COMPANY,

    Plaintiff,

v.

MJC AMERICA, LTD., GREE USA, INC., HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD., and GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI,

    Defendants.

Case No. 2:23-cv-691

## NOTICE OF SETTLEMENT AGREEMENT

Defendants hereby provide notice to the Court that the parties have reached an agreed-upon settlement amount and deadline for payment of the same. Defendants request that all pending deadlines be stayed due to the notice of settlement.

Dated: March 11, 2024

Respectfully submitted,

**GORDON REES SCULLY & MANSUKHANI**

By: _____

Zachary Ostrup, NY: #5587639
zostrup@@grsm.com
Gordon & Rees Scully Mansukhani LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
*Attorney for Defendant(s)*