IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SECURA SUPREME INSURANCE COMPANY,

    Plaintiff,

Case No. 2:23-cv-691

v.

MJC AMERICA, LTD.,
GREE USA, INC.,
HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD., and
GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI,

    Defendants

---

## MOTION FOR RELIEF FROM MARCH 12, 2024 ORDER

---

Plaintiff SECURA Supreme Insurance Company ("SECURA"), pursuant to Fed. R. Civ. P. 60(b), moves the Court for one or more of the following alternative reliefs from the Court's March 12, 2024, order:

1. Extend the deadline to file the motion to dismiss to June 24, 2024;

2. Permit SECURA to file the settlement agreement under seal without meeting the requirement of Local Rule 79(d)(2), which mandates a redacted version of the settlement agreement be filed not under seal;

3. Find that the terms of the settlement agreement do not prohibit SECURA from filing a redacted version of the settlement agreement.

The basis for this motion is set forth in the brief filed herewith.

Dated: April 8, 2024.

        RON HARMEYER LAW OFFICE LLC
        Attorneys for SECURA Supreme Insurance Company

        *s/ Ronald W. Harmeyer*
        Ronald W. Harmeyer
        State Bar No. 1026579

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com