IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SECURA SUPREME INSURANCE COMPANY,

    Plaintiff,                                            Case No. 2:23-cv-691

v.

MJC AMERICA, LTD.,
GREE USA, INC.,
HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD., and
GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI,

    Defendants

---

## MOTION TO DISMISS

Pursuant to Rule 41(a)(2), plaintiff Secura Supreme Insurance Company moves the court to dismiss this action, consistent with the terms set forth below.

In the case of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Supreme Court put restrictions on how a case may be dismissed in the event a party seeks to have the court retain jurisdiction over enforcement of the settlement agreement. This motion seeks an order which meets the requirements of *Kokkonen* to have this Court retain jurisdiction over the matter in the event that judicial enforcement of the settlement agreement is required. Specifically, Secura seeks an order for dismissal that includes the following terms:

1. The case is dismissed with prejudice;

2. The plaintiff can move to reopen the case in the event the terms of the settlement agreement are not fulfilled by the defendants;

3. This Court retains jurisdiction to enforce the settlement agreement; and

4. The terms of the settlement agreement are incorporated into the order for dismissal by reference.

Secura has filed a separate motion pursuant to Local Rule 79(d)(1), to file the settlement agreement under seal. Assuming the Court grants that motion, it will then be able to view the unreacted settlement agreement itself, and thus incorporate it *by reference* (i.e. not publicly restating the confidential terms) into the order for dismissal. This will allow the negotiated term of confidentiality to be respected, and also meet the requirements of *Kokkonen*.

Dated: April 15, 2024.

        RON HARMEYER LAW OFFICE LLC
        Attorneys for SECURA Supreme Insurance Company

        *s/ Ronald W. Harmeyer*
        Ronald W. Harmeyer
        State Bar No. 1026579

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com