UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SECURA SUPREME INSURANCE COMPANY,

      Plaintiff,

      v.                       Case No. 23-C-691

MJC AMERICA, LTD.,
GREE USA, INC.,
HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD., and
GREE ELECTRIC APPLIANCES INC. OF ZHUHAI,

      Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

      This matter is before the court on Plaintiff's motion to dismiss. The motion seeks an order, consistent with *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), in which this court retains jurisdiction over the matter in the event judicial enforcement of the settlement agreement is required. Separately, Plaintiff has filed under seal the settlement agreement, which the court has reviewed. Having reviewed the motion for dismissal and the settlement agreement, the court hereby **GRANTS** the motion to dismiss (Dkt. No. 16) and orders as follows:

      1.      The case is hereby dismissed with prejudice.

      2.      Plaintiff can move to reopen the case in the event the terms of the settlement agreement are not fulfilled by Defendants.

      3.      This court retains jurisdiction to enforce the settlement agreement.

4. The terms of the settlement agreement are hereby incorporated into this order by reference as if fully set forth herein. By this order, the parties are required to fulfill all terms and conditions of the settlement agreement.

**SO ORDERED** at Green Bay, Wisconsin this 15th day of April, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
